## DAVIS v. THE STATE.

(Decided April 8, 1915.)

APPEAL from Shelby County Court.

Heard before Hon. E. S. LYMAN.

RIDDLE & ELLIS, for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed by appellant.

## EX PARTE DAY.

(Decided April 20, 1915.)

ORIGINAL petition in Supreme Court.

HORACE C. WILKINSON, and WRIGHT & FITE, for appellant. McKINLEY, McQUEEN, ALDRIDGE & SNOW, for appellee.

Per curiam. Petition for mandamus withdrawn by petitioner.

## DICKERSON v. THE STATE.

(Decided May 13, 1915.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. LUM DUKE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

GARDNER, J.—No reversible error appearing, judgment is affirmed.

All the Justices concur.

## EX PARTE JOHNSON v. THE STATE.

(Decided May 13, 1915.)

CERTIORARI to Court of Appeals.

THOMAS & WILEY, and W. F. REESE, for appellant. W. L. MARTIN, Attorney General, for the State.

GARDNER, J.—Judgment of Court of Appeals in *William Johnson v. State,* 68 South. (13 Ala. App.) is affirmed and writ denied.

All the Justices concur.